# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SHAFI AHMED,**

    **Plaintiff,**

  v.                                      **Case No.: 2:19-cv-2459**
                                                **JUDGE GEORGE C. SMITH**
                                                **Magistrate Judge Vascura**

**ANDREW SAUL, COMMISSIONER**
**OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

This case is before the Court on the Joint Motion to Remand to the Commissioner of Social Security. (Doc. 16). The parties jointly stipulate and petition this Court to order remand of this case for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), and to enter judgment in favor of Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.[1]

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision and conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act and then issue a new decision.

Accordingly, pursuant to the Joint Motion to Remand, this action is remanded for further

---

[1] Pursuant to *Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993), a sentence four remand is a final judgment, and the court should direct the clerk to enter judgment on a separate document, pursuant to Fed. R. Civ. P. 58, remanding the case to the Social Security Administration.

proceedings. The Clerk of this Court shall enter final judgment and close this case.

**IT IS SO ORDERED.**

    */s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**